# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**RICHARD DANIEL SULLIVAN**                              **PETITIONER**

v.                                                **CAUSE NO. 1:17CV132-LG-JCG**

**STATE OF MISSISSIPPI, ET AL.**                             **RESPONDENTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of United States Magistrate Judge John C. Gargiulo, entered in this cause on January 10, 2018. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED** without prejudice.

**SO ORDERED AND ADJUDGED** this the 7th day of February, 2018.

                                            s/ *Louis Guirola, Jr.*
                                            LOUIS GUIROLA, JR.
                                            UNITED STATES DISTRICT JUDGE